CHAD READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
GLENN M. GIRDHARRY
Assistant Director, District Court Section
SAMUEL P. GO
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 353-9923
    Facsimile: (202) 305-7000
    E-mail: Samuel.Go@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEYED REZA MIR GHADERI, | NO. 4:17-cv-01507-KAW |
| Plaintiff, | STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER |
| v. | [Fed.R.Civ.P. 41(a)(1)(ii)] |
| LORI SCIALABBA, et al. | |
| Defendants. | |

    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of the entire action as moot, Defendants having approved Plaintiff's I-485 application for permanent residence. Each party is to bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

April 18, 2017                        Respectfully Submitted,

                                      CHAD A. READLER
                                      Acting Assistant Attorney General
                                      Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

GLENN M. GIRDHARRY
Assistant Director
Office of Immigration Litigation
District Court Section

By: *s/ Samuel P. Go*
SAMUEL P. GO
NYS Bar No. 4234852
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-9923
Fax: (202) 305-7000
samuel.go@usdoj.gov

Attorneys for Defendants

By: *s/ Zachary Miller Nightingale (with permission)*
Zachary Miller Nightingale
Van Der Hout Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Date: April 19, 2017

KANDIS A. ~~WHITMORE~~ WESTMORE
United States Magistrate Judge